# UNITED STATES BANKRUPTCY COURT
# IN THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    :
                                          :     Chapter 13
Katty M. Pena                             :
                                          :     Bankruptcy No.
                                          :
    Debtor(s)                             :

## CHAPTER 13 PLAN

1. The future earnings of the Debtor are submitted to the supervision and control of the Trustee and the Debtor(s) or Debtors' employer shall pay to the Trustee the sum of:

    **$268.00 per month for a period of 36 months**
    **PLAN BASE AMOUNT: $9,648.00**

2. From the payments so received, the Trustee shall make the disbursements as follows:

    (a) Full payment in deferred cash payments of all claims entitled to priority under 11 U.S.C. Section 507:
    　　　　　　　　　　　NONE

    (b) Holders of allowed secured claims shall retain the liens securing such claims and shall be paid as follows:

    **Bank of America: $8,682.83**

    First mortgage. Pre-petition arrears, costs, fees through the Chapter 13 Plan. Debtor to remain current with regular monthly payment directly to the creditor outside the Plan.

    (c) Subsequent to dividends to secured creditors, dividends to unsecured creditors whose claims are duly allowed as follows:

**ALL UNSECURED CREDITORS THAT HAVE FILED CLAIMS ALLOWED BY THE COURT TO BE PAID ON A PRO RATA BASIS.**

3.     The following executory contracts of the debtor are rejected:

Dated: 05/24/2016          /s/ Katty M. Pena
                                                     *Debtor*

Dated: _____
                                                     *Debtor*

Acceptances may be mailed to:

RUTH ANN DIDONATO, ESQUIRE
WILLIG, WILLIAMS & DAVIDSON
1845 WALNUT STREET, 24th FLOOR
PHILADELPHIA, PA 19103
TELEPHONE: 215-814-9226
FAX: 215-567-2310